PG 1
1:23CV412
FILED
SEP 25 2023
At _____ M
Chenda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Notice of Tort Claim

TO: Attorney General of Indiana
Indiana Government Center S., 5th Floor
302 West Washington Street
Indianapolis, IN. 46204-2770

## Statement of Facts

I. Claimant

Dominique D. Steele (#181166)
5501 South 1100 West
Westville, IN. 46391

II. Events

Violations of Constitutional and Religious Rights by way of Vicarious and Deliberate Indifference, Deprivation, Cruel and Unusual Punishment, and Negligence (Resulting in Emotional Distress) pursuant to 42 USC 1983, 42 USC 1985, the Equal Protection Clause, the Doctrine of the RLUIPA and the RFRA and several USC Ammendments specifically including the 1st, 8th, and 14th Ammendments

(THE REST OF THE FACTS, INCLUDING THE CONTAMINATED WATER AND INSECTS AND FECES IN THE FOOD, ARE IN THE ENCLOSED LETTER)

III. WITNESSES
CHARLES SUMMERS (#129472)

IV. LOSSES
- IRREPAIRABLE EMOTIONAL/MENTAL ANGUISH AND COUNTLESS HOURS OF LOST TIME
- IRREVERSIBLE PHYSICAL DAMAGE (MY HAND, HEAD, AND NECK) AND INTERNAL PAIN (MIGRAINES, BONES, AND JOINTS)
- BLATANT STRIKES AGAINST MY CONSTITUTIONAL AND RELIGIOUS RIGHTS (BY WAY OF VICARIOUS OR DELIBERATE INDIFFERENCE, DEPRIVATION, AND CRUEL & UNUSUAL PUNISHMENT)

V. DAMAGES SOUGHT
- THE VERY MAXIMUM AMOUNT

OF PUNITIVE AND/OR COMPENSATORY REMEDY ALLOTED FOR EACH INJURY ($700,000) STRIKE, OR LOSS INCURRED FROM THE DATE OF 9·23·22 UP TO (DATES STILL ONGOING)

- ~~[scribbled out]~~
- THE MAXIMUM AMOUNT OF PUNITIVE AND/OR COMPENSATORY DAMAGES ALLOTED TO ME ($700,000) FOR EACH LOSS, STRIKE, OR INJURY INCURRED SOUGHT FROM EACH APPLICABLE SUBORDINATE AND/OR EMPLOYEE OF THE SAID GOVERNMENT ENTITY AND ALL OTHER PARTIES INVOLVED (INCLUDING JOHN GALIPEAU IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, JASON ENGLISH IN INDIVIDUAL AND OFFICIAL CAPACITY, ALL SUBORDINATES OF WESTVILLE CORRECTIONAL FACILITY, ETC.)

EXECUTED ON THIS DAY OF
7-27-23

Respectfully Submitted,

/s/ D. Steele

Dominique Steele
#181166
Westville Correctional Facility
5501 South 1100 West
Westville, IN. 46391